IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROY E. JOHNSON, an individual, ) | |
| ) | |
| Plaintiff, ) | Case No.: 15-CV-222-SPS |
| ) | |
| vs. ) | |
| ) | |
| BALDOR ELECTRIC COMPANY, ) | |
| a Foreign For Profit Corporation, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff, Roy E. Johnson, and Defendant, Baldor Electric Company, (the "Parties"), that the above styled cause of action, including all claims is hereby and herein dismissed with prejudice pursuant to the Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.


Approved and Agreed to By:

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 South Cincinnati Avenue
Tulsa, Oklahoma  74119
Telephone:  (918) 585-2667
Facsimile:  (918) 585-2669
Email:  danielsmolen@ssrok.com
**ATTORNEYS FOR PLAINTIFF**



/s/Kathleen R. Barrow
Kathleen R. Barrow, OBA #15325
JACKSON LEWIS, P.C.
510 9th Street, Suite 200
Rapid City, SD  57701

Telephone: (605) 791-3602  Facsimile: (605) 791-3615
E-mail:   barrowk@jacksonlewis.com


Courtney Bru, OBA # 21115
McAfee & Taft, P.C.
1717 S. Boulder Ave., Suite 900
Tulsa, OK 74119
Telephone: (918) 574-3052
Facsimile: (918) 574-3152
E-mail: Courtney.Bru@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT**